USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-18-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAFIK HASSANE,

        Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
CORRECTION et al.

        Defendants.

---

18cv11827 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to update the plaintiff's address to the following: Chafik Hassane, 36 Collins Street, Keansburg, NJ, 07734.

SO ORDERED.

Dated:    New York, New York
            November 15, 2019

                                John G. Koeltl
                            United States District Judge